IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ESA ENVIRONMENTAL SPECIALISTS, | No. C 08-80115SI |
| Plaintiff, | **NOTICE** |
| v. | |
| , | |
| Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT Anonymous Poster's motion to Quash Subpoena has been continued to Friday, July 25, 2008, at 9:00 a.m.

The moving party shall serve copies of this notice on all parties.

Dated: May 28, 2008                                             RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk