| Attorney or Party without Attorney:<br>WILLIAM R. WARNE, SBN 141280<br>DOWNEY BRAND, LLP<br>555 CAPITOL MALL, 10TH FLOOR<br>SACRAMENTO, CA 95814<br>Telephone No: 916-444-1000    FAX No: 916-444-2100 | For Court Use Only |
|---|---|

| | |
|---|---|
| Attorney for: , ANONYMOUS POSTER ON YAHOO! a/k/a "FREE3WARREN" | Ref. No. or File No.: |

Insert name of Court, and Judicial District and Branch Court:
  United States District Court-Northern District San Francisco

Applicant: IN RE:
  ESA ENVIRONMENTAL SPECIALISTS, INC.

| **PROOF OF SERVICE** | Hearing Date:<br>Fri, Jul. 18, 2008 | Time:<br>9:00AM | Dept/Div:<br>10 | Case Number:<br>CV 08 80115MISC |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the MOTION OF ANONYMOUS POSTER a/k/a "FREE3WARREN" TO QUASH SUBPOENA; MOTION FOR FEES & COSTS; DECLARATION OF APARNA RAJAGOPAL-DURBIN IN SUPPORT OF MOTION OF ANONYMOUS POSTER a/k/a "FREE3WARREN" TO QUASH SUBPOENA; MOTION FOR FEES & COSTS; [PROPOSED] ORDER GRANTING MOTION OF ANONYMOUS POSTER a/k/a "FREE3WARREN" TO QUASH SUBPOENA; MOTION FOR FEES & COSTS

3. a. *Party served:*          PROSPECT CAPITAL CORPORATION
   b. *Person served:*         party in item 3.a., BY SERVING DARIA BECKER, DESIGNATED AGENT

4. *Address where the party was served:*    10 EAST 40TH STREET, 44TH FLOOR
                                            NEW YORK, NY 10016

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., May. 27, 2008 (2) at: 10:12AM

7. *Person Who Served Papers:*                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. IAN THOMSON                          d.  *The Fee for Service was:*

                                           e.  I am: Not a Registered California Process Server

**First Legal Support Services**
ATTORNEY SERVICES
1814 "I" STREET
Sacramento, CA 95814
(916) 444-5111, FAX 443-3111

*8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date:Tue, May. 27, 2008

PROOF OF SERVICE                    (IAN THOMSON)
                                                                                                  8856129  .dowbr.135197