DOWNEY BRAND LLP

1   DOWNEY BRAND LLP
    WILLIAM R. WARNE (Bar No. 141280)
2   APARNA RAJAGOPAL-DURBIN (Bar No. 218519)
    555 Capitol Mall, Tenth Floor
3   Sacramento, CA  95814-4686
    Telephone: (916) 444-1000
4   Facsimile: (916) 444-2100
    adurbin@downeybrand.com
5
    Attorneys for Movant
6   ANONYMOUS POSTER ON YAHOO!, a/k/a
    "FREE3WARREN"
7

8                       UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11

12                                         Case No.  CV-08-80115-MISC-SI

13                                         U.S. Bankruptcy Court (W.D.N.C.)
14  IN RE:                                 Case No. 07-31532

15  ESA ENVIRONMENTAL                      CERTIFICATE OF SERVICE
    SPECIALISTS, INC.,
16                                         ORAL ARGUMENT REQUESTED
           Debtor
17                                         Date:       July 18, 2008
18                                         Time:       9:00 a.m.
                                           Location.:  Courtroom 10, 19th Floor
19                                         Judge:      Hon. Susan Illston

20        I am a resident of the State of California, over the age of eighteen years, and not a party to

21  the within action.  My business address is Downey Brand LLP, 555 Capitol Mall, Tenth Floor,

22  Sacramento, California, 95814-4686.  On May 22, 2008, I served the within document(s):

23        **MOTION OF ANONYMOUS POSTER a/k/a "FREE3WARREN" TO
24        QUASH SUBPOENA; MOTION FOR FEES & COSTS**

25        **DECLARATION OF APARNA RAJAGOPAL-DURBIN IN SUPPORT OF
          MOTION OF ANONYMOUS POSTER a/k/a "FREE3WARREN" TO
26        QUASH SUBPOENA; MOTION FOR FEES & COSTS**

27        **[PROPOSED] ORDER GRANTING MOTION OF ANONYMOUS
          POSTER a/k/a "FREE3WARREN" TO QUASH SUBPOENA; MOTION
28        FOR FEES & COSTS**

DOWNEY BRAND LLP

1

2

☒ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

3

☐ **BY HAND:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

4

5

☒ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California addressed as set forth below.

6

7

☒ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

8

9

☐ **BY PERSONAL DELIVERY:** by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below.

10

**VIA MAIL & FACSIMILE**      **VIA FACSIMILE AND FEDERAL EXPRESS**

11

12

13

14

15

Christian Lee
Yahoo!
701 First Avenue
Sunnyvale, CA 94089
Telephone: 408-349-3687
Facsimile: 408-349-7941
(*via facsimile without exhibits*)
Reference no. 101123

Christopher P. Schueller
Buchanan Ingersoll & Rooney
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410
Telephone: (412) 562-8800
Facsimile: (412) 562-1041
(*via facsimile without exhibits*)

16

17

18

19

20

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

21

22

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

23

Executed on May 22, 2008, at Sacramento, California.

24

25

26

*Patricia L. Pineda*
_____
Patricia L. Pineda

27

28

2

**Pineda, Patricia**

**From:** TrackingUpdates@fedex.com
**Sent:** Friday, May 23, 2008 7:17 AM
**To:** Pineda, Patricia
**Subject:** FedEx Shipment 798947659330 Delivered

---

This tracking update has been requested by:

Company Name:          Downey Brand LLP
Name:                  Patricia Pineda
E-mail:                ppineda@downeybrand.com

---

Our records indicate that the following shipment has been delivered:

Reference:                 39196.000
Ship (P/U) date:           May 22, 2008
Delivery date:             May 23, 2008 10:14 AM
Sign for by:               B.BANOVIC
Delivered to:              Mailroom
Service type:              FedEx Priority Overnight
Packaging type:            FedEx Pak
Number of pieces:          1
Weight:                    2.00 lb.
Special handling/Services: Deliver Weekday

Tracking number:           798947659330


Shipper Information                Recipient Information
Patricia Pineda                    Christopher P. Schueller
Downey Brand LLP                   Buchanan Ingersoll & Rooney
555 Capitol Mall, 10th Floor       301 GRANT ST FL 20;20TH FLOOR
Sacramento                         PITTSBURGH
CA                                 PA
US                                 US
95814                              152191412


Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 9:16 AM CDT
on 05/23/2008.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of the
request, the requestor's message, or the accuracy of this tracking update. For
tracking results and fedex.com's terms of use, go to fedex.com.

5/28/2008

E oadcast Report

| Date/Time | 5-22-08: 5:06PM |
| Local ID | 916 441 0608 |
| Local Name | |
| Company Logo | DOWNEY BRAND LLP |

Document Size  Letter-S

**DOWNEY | BRAND**
ATTORNEYS LLP

FACSIMILE TRANSMISSION

Date:    May 22, 2008

To:

| Name | Fax | Phone |
|------|-----|-------|
| Christopher P. Schueller Buchanan Ingersoll & Rooney | 412-562-1041 | |
| Christian Lee Yahoo! Reference No. 101123 | 408-349-7941 | |

From:    Aparna Rajagopal-Durbin    Operator    Patricia ext. 6255

Re:    *In re: Subpoena Duces Tecum to Yahoo! Inc. (N.D. Cal.)*

File No.:    Number of Pages, Including Cover:    32

Message:

Attached please find the documents which were filed today with the United States District
Court, Northern District Court. The case number for this action is 3:08-mc-80115. I will fax
to you first thing tomorrow morning the file-endorsed face pages for each document attached.
If you should have any questions, please do not hesitate to contact me.

Patricia Pined
Legal Assistant to Aparna Rajagopal-Durbin

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND MAY ALSO CONTAIN PRIVILEGED ATTORNEY-CLIENT INFORMATION OR WORK PRODUCT. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THE FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE. THANK YOU.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE 916/444-1000 AS SOON AS POSSIBLE.

555 Capitol Mall, 10th Floor    Sacramento, CA  95814    P: 916/444-1000    F: 916/444-2100

| No. | Doc | Remote Station | Start Time | Duration | Pages | Mode | Comments | Results |
|-----|-----|----------------|------------|----------|-------|------|----------|---------|
| 1 | 264 | 14125621041 | 5-22-08; 4:42PM | 15'58" | 32/ 32 | EC | BC | CP 14.4 |
| 2 | 264 | 14083497941 | 4:58PM | 7'42" | 32/ 32 | EC | BC | CP 24.0 |

| | | |
|---|---|---|
| C: Error Correct | RE: Resend | PD: Polled by Remote | MB: Receive to Mailbox |
| C: Broadcast Send | MP: Multi-Poll | PG: Polling a Remote | PI: Power Interruption |
| P: Completed | RM: Receive to Memory | DR: Document Removed | TM: Terminated by user |
| S: Host Scan | HP: Host Print | FO: Forced Output | WT: Waiting Transfer |
| F: Host Fax | HR: Host Receive | FM: Forward Mailbox Doc. | WS: Waiting Send |

# DOWNEY | BRAND
ATTORNEYS LLP

## FACSIMILE TRANSMISSION

Date:        May 22, 2008

To:

| Name | Fax | Phone |
|------|-----|-------|
| Christopher P. Schueller<br>Buchanan Ingersoll & Rooney | 412-562-1041 | |
| Christian Lee<br>Yahoo!<br>Reference No. 101123 | 408-349-7941 | |

From:      Aparna Rajagopal-Durbin      Operator      Patricia ext. 6255

Re:        *In re: Subpoena Duces Tecum to Yahoo! Inc.* (N.D. Cal.)

File No.:                          Number of Pages, Including Cover:        32

Message:

Attached please find the documents which were filed today with the United States District Court, Northern District Court. The case number for this action is 3:08-mc-80115. I will fax to you first thing tomorrow morning the file-endorsed face pages for each document attached. If you should have any questions, please do not hesitate to contact me.

Patricia Pined
Legal Assistant to Aparna Rajagopal-Durbin

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND MAY ALSO CONTAIN PRIVILEGED ATTORNEY-CLIENT INFORMATION OR WORK PRODUCT. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THE FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE. THANK YOU.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE 916/444-1000 AS SOON AS POSSIBLE.

555 Capitol Mall, 10th Floor        Sacramento, CA 95814        P: 916/444-1000        F: 916/444-2100

E oadcast Report

Date/Time
Local ID
Local Name
Company Logo

5-23-08; 9:30AM
916 441 0608

DOWNEY BRAND LLP

Document Size   Letter-S

**DOWNEY | BRAND**
ATTORNEYS LLP

FACSIMILE TRANSMISSION

Date:     May 23, 2008

To:

| Name | Fax | Phone |
|------|-----|-------|
| Christopher P. Schueller | 412-562-1041 | |
| Buchanan Ingersoll & Rooney | | |
| Christian Lee | 408-349-7941 | |
| Yahoo! | | |
| Reference No. 101123 | | |

From:     Aparna Rajagopal-Durbin     Operator     Patricia ext. 6255

Re:     *In re: Subpoena Duces Tecum to Yahoo! Inc.* (N.D. Cal.)

File No.:     Number of Pages, Including Cover:     4

Message:

Attached please find the file-endorsed face pages for each document that I sent to you
yesterday. If you should have any questions, please do not hesitate to contact me.

Patricia Pined
Legal Assistant to Aparna Rajagopal-Durbin

THE INFORMATION CONTAINED IN THE FACSIMILE IS CONFIDENTIAL AND MAY ALSO CONTAIN PRIVILEGED ATTORNEY-CLIENT INFORMATION OR WORK PRODUCT. THE
INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE
EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING
OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE
ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE. THANK YOU.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE 916/444-1000 AS SOON AS POSSIBLE.

555 Capitol Mall, 10th Floor     Sacramento, CA 95814     P: 916/444-1000     F: 916/444-2100

| lo. | Doc | Remote Station | Start Time | Duration | Pages | Mode | Comments | Results |
|-----|-----|----------------|------------|----------|-------|------|----------|---------|
| 1 | 271 | 14125621041 | 5-23-08; 9:26AM | 1'54" | 4/  4 | EC | BC | CP 14.4 |
| 2 | 271 | 14083497941 | 9:28AM | 1'01" | 4/  4 | EC | BC | CP 24.0 |

tes :
: Error Correct          RE: Resend                    PD: Polled by Remote      MB: Receive to Mailbox
: Broadcast Send         MP: Multi-Poll                PG: Polling a Remote      PI: Power Interruption
: Completed              RM: Receive to Memory         DR: Document Removed      TM: Terminated by user
: Host Scan              HP: Host Print                FO: Forced Output         WT: Waiting Transfer
: Host Fax               HR: Host Receive              FM: Forward Mailbox Doc.  WS: Waiting Send

**D O W N E Y | B R A N D**
ATTORNEYS LLP

## FACSIMILE TRANSMISSION

Date:    May 23, 2008

To:

| Name | Fax | Phone |
|------|-----|-------|
| Christopher P. Schueller<br>Buchanan Ingersoll & Rooney | 412-562-1041 | |
| Christian Lee<br>Yahoo!<br>Reference No. 101123 | 408-349-7941 | |

From:    Aparna Rajagopal-Durbin    Operator    Patricia ext. 6255

Re:    *In re: Subpoena Duces Tecum to Yahoo! Inc.* (N.D. Cal.)

File No.:    Number of Pages, Including Cover:    4

Message:

Attached please find the file-endorsed face pages for each document that I sent to you yesterday. If you should have any questions, please do not hesitate to contact me.

Patricia Pined
Legal Assistant to Aparna Rajagopal-Durbin

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND MAY ALSO CONTAIN PRIVILEGED ATTORNEY-CLIENT INFORMATION OR WORK PRODUCT. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THE FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE. THANK YOU.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE 916/444-1000 AS SOON AS POSSIBLE.

555 Capitol Mall, 10ᵗʰ Floor    Sacramento, CA 95814    P: 916/444-1000    F: 916/444-2100