DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
APARNA RAJAGOPAL-DURBIN (Bar No. 218519)
555 Capitol Mall, Tenth Floor
Sacramento, CA 95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
bwarne@downeybrand.com
adurbin@downeybrand.com

Attorneys for Movant
ANONYMOUS POSTER ON YAHOO!, a/k/a
"FREE3WARREN"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE:**<br><br>**ESA ENVIRONMENTAL SPECIALISTS, INC.,**<br><br>Debtor | Case No. CV-08-80115-MISC-SI<br><br>U.S. Bankruptcy Court (W.D.N.C.)<br>Case No. 07-31532<br><br>**NOTICE OF CONTINUED HEARING**<br><br>Date: July 25, 2008<br>Time: 9:00 a.m.<br>Location.: Courtroom 10, 19th Floor<br>Judge: Hon. Susan Illston |

NOTICE IS HEREBY GIVEN that the hearing on the *Motion of Anonymous Poster on Yahoo! a/k/a/ "Free3warren" to Quash Subpoena* originally noticed for July 18, 2008, at 9:00 a.m. has been continued by order of the Court to July 25, 2008, at 9:00 a.m. before the Honorable Susan Illston, United States District Judge, in Courtroom 10 on the Tenth Floor at 450 Golden Gate Avenue, San Francisco, CA 94102. Attached as Exhibit A is the Notice by the Court continuing the hearing date.

DATED: May 28, 2008

DOWNEY BRAND LLP

By: [signature]
APARNA RAJAGOPAL-DURBIN
Attorney for Movant
ANONYMOUS POSTER ON YAHOO!, a/k/a
"FREE3WARREN"

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: ESA ENVIRONMENTAL SPECIALISTS,

Plaintiff,

v.

,

Defendant.
_______________________________/

No. C 08-80115SI

**NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT Anonymous Poster's motion to Quash Subpoena has been continued to Friday, July 25, 2008, at 9:00 a.m.

The moving party shall serve copies of this notice on all parties.

Dated: May 28, 2008

RICHARD W. WIEKING, Clerk

Tracy Sutton
Deputy Clerk

United States District Court
For the Northern District of California

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Downey Brand LLP, 555 Capitol Mall, Tenth Floor, Sacramento, California, 95814-4686. On May 28, 2008, I served the within document(s):

**NOTICE OF CONTINUED HEARING**

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ **BY HAND:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California addressed as set forth below.

☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☐ **BY PERSONAL DELIVERY:** by causing personal delivery by __________ of the document(s) listed above to the person(s) at the address(es) set forth below.

Christian Lee
Yahoo!
701 First Avenue
Sunnyvale, CA 94089
Telephone: 408-349-3687
Facsimile: 408-349-7941
Reference no. 101123

Christopher P. Schueller
Buchanan Ingersoll & Rooney
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410
Telephone: (412) 562-8800
Facsimile: (412) 562-1041

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 28, 2008, at Sacramento, California.

Patricia L. Pineda
Patricia L. Pineda