| | |
|---|---|
| 1 | DOWNEY BRAND LLP |
|   | WILLIAM R. WARNE (Bar No. 141280) |
| 2 | APARNA RAJAGOPAL-DURBIN (Bar No. 218519) |
|   | 555 Capitol Mall, Tenth Floor |
| 3 | Sacramento, CA  95814-4686 |
|   | Telephone: (916) 444-1000 |
| 4 | Facsimile: (916) 444-2100 |
|   | adurbin@downeybrand.com |
| 5 | |
|   | Attorneys for Movant |
| 6 | ANONYMOUS POSTER ON YAHOO!, a/k/a |
|   | "FREE3WARREN" |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**IN RE:**

**ESA ENVIRONMENTAL SPECIALISTS, INC.,**

Debtor

Case No.  CV-08-80115-MISC-SI

U.S. Bankruptcy Court (W.D.N.C.)
Case No. 07-31532

**CERTIFICATE OF SERVICE**

**ORAL ARGUMENT REQUESTED**

Date:        July 25, 2008
Time:        9:00 a.m.
Location.:   Courtroom 10, 19th Floor
Judge:       Hon. Susan Illston

   I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is Downey Brand LLP, 555 Capitol Mall, Tenth Floor, Sacramento, California, 95814-4686.  On July 9, 2008, I served the within document(s):

   **REPLY BRIEF IN SUPPORT OF MOTION OF ANONYMOUS POSTER a/k/a "FREE3WARREN" TO QUASH SUBPOENA & MOTION FOR FEES & COSTS**

   **REPLY DECLARATION OF APARNA RAJAGOPAL-DURBIN IN SUPPORT OF MOTION OF ANONYMOUS POSTER a/k/a "FREE3WARREN" TO QUASH SUBPOENA & MOTION FOR FEES & COSTS**

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ **BY HAND:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California addressed as set forth below.

☒ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☐ **BY PERSONAL DELIVERY:** by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below.

| **VIA FEDERAL EXPRESS** | **COURTESY COPY VIA U.S. MAIL** |
|---|---|
| Christopher P. Schueller | Christian Lee |
| Magdeline D. Coleman | Yahoo! |
| Buchanan Ingersoll & Rooney | 701 First Avenue |
| One Oxford Centre | Sunnyvale, CA  94089 |
| 301 Grant Street, 20th Floor | Telephone:  408-349-3687 |
| Pittsburgh, PA   15219-1410 | Facsimile: 408-349-7941 |
| Telephone:  (412) 562-8800 | *Reference no. 101123* |
| Facsimile:  (412) 562-1041 | |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 9, 2008, at Sacramento, California.

          /s/ Patricia L. Pineda
          Patricia L. Pineda