1  CYRIL J. DANTCHEV (SBN 129585)
   Email: cyril.dantchev@bipc.com
2  BUCHANAN INGERSOLL & ROONEY LLP
   707 Broadway, Suite 800
3  San Diego, CA 92101
   Telephone: (619) 239-8700
4  Fax:       (619) 702-3898

5  Attorneys for Respondent
   PROSPECT CAPITAL CORPORATION
6

7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11 IN RE:                          Case No. 3:08-mc-80115

12 ESA ENVIRONMENTAL               U.S. Bankruptcy Court (W.D.N.C.)
   SPECIALISTS, INC.,              Case No. 07-31532
13
                 Debtor            **NOTICE OF APPEARANCE FOR CYRIL
14                                 J. DANTCHEV**

15

16                                 Judge:  Hon. Susan Illston
                                   Dept:   Courtroom 10
17

18

19

20

21

22

23

24

25

26

27

28

---

NOTICE OF APPEARANCE FOR CYRIL J. DANTCHEV                    CASE NO. 3:08-mc-80115

1  TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE THAT Cyril J. Dantchev, of the law offices of Buchanan

3  Ingersoll & Rooney LLP, hereby files this Notice of Appearance in the above-referenced action as

4  local counsel for Respondent PROSPECT CAPITAL CORPORATION in this matter, and requests

5  that copies of all briefs, motions, orders, correspondence and other papers be electronically served

6  on the undersigned at cyril.dantchev@bipc.com.

8  DATED: July 14, 2008        BUCHANAN INGERSOLL & ROONEY LLP

10          s/Cyril J. Dantchev
       By:  CYRIL J. DANTCHEV
11          Attorneys for Respondent
            PROSPECT CAPITAL CORPORATION

-1-

NOTICE OF APPEARANCE FOR CYRIL J. DANTCHEV                    CASE NO. 3:08-mc-80115

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 707 Broadway, Suite 800, San Diego, CA 92101. On July 14, 2008, I served the within documents:

    1.    **NOTICE OF APPEARANCE FOR CYRIL J. DANTCHEV**

The following are those who are currently on the list to receive e-mail notices for this case:

- Cyril J. Dantchev
  cyril.dantchev@bipc.com

- Aparna Rajagopal-Durbin
  adurbin@downeybrand.com

☒ **By electronic service**. I served the above named persons the above-listed document(s) electronically when I filed the above document(s) electronically with the **United States District Court for the Northern District of California**, on July 14, 2008:

☒ **By United States mail**. I enclosed the documents in a sealed envelope or package addressed to the person(s) at the address(es) listed below and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**Service List**

| | |
|---|---|
| William Ross Warne<br>Downey Brand Seymour & Rohwer<br>555 Capitol Mall, 10th Floor<br>Sacramento, CA 95814-4686 | Attorneys for Movant<br>ANONYMOUS POSTER ON YAHOO! aka<br>FREE3WARREN<br><br>Telephone: (916) 441-0131 |
| Magdeline D. Coleman<br>Buchanan Ingersoll & Rooney PC<br>1835 Market Street, 14th Floor<br>Philadelphia, PA 19103-2985 | Attorneys for Respondent<br>PROSPECT CAPITAL CORPORATION<br><br>Telephone: (215) 665-8700<br>Facsimile: (215) 665-8760<br>Email: magdeline.coleman@bipc.com |

1   I am readily familiar with the firm's practice of collection and processing correspondence for
2   mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day
3   with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of
4   the party served, service is presumed invalid if postal cancellation date or postage meter date is
5   more than one day after date of deposit for mailing in affidavit.

6   I declare under penalty of perjury under the laws of the State of California that the above is
7   true and correct.

8   Executed on July 14, 2008, at San Diego, California.

_____
ELENA LOPEZ

#234044-v1

-3-

**NOTICE OF APPEARANCE FOR CYRIL J. DANTCHEV**     CASE NO. 3:08-mc-80115