DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
APARNA RAJAGOPAL-DURBIN (Bar No. 218519)
555 Capitol Mall, Tenth Floor
Sacramento, CA  95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
adurbin@downeybrand.com

Attorneys for Movant
ANONYMOUS POSTER ON YAHOO!, a/k/a
"FREE3WARREN"

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>ESA ENVIRONMENTAL SPECIALISTS, INC.,<br><br>    Debtor | Case No.  3:08-mc-80115<br><br>U.S. Bankruptcy Court (W.D.N.C.)<br>Case No. 07-31532<br><br>***EX PARTE* APPLICATION TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR FEES AND COSTS** |

Pursuant to Civil Local Rule 7-3(d), Movant ANONYMOUS POSTER ON YAHOO! a/k/a "FREE3WARREN" (hereinafter "Free3warren") hereby respectfully requests that the Court accept for filing the *Supplemental Brief in support of Motion for Fees and Costs* and *Supplemental Declaration of Aparna Rajagopal-Durbin*, with exhibits, which are submitted herewith for filing, on the grounds that Movant wants to alert the Court to new events that have occurred and new information that has come to light which support Movant's Motion for Fees and Costs, filed on May 22, 2008.

Specifically, as will be further detailed in the supplemental papers, Free3warren recently learned that, well before Prospect Capital Corporation (hereinafter "Prospect") issued the subpoena at issue in this matter, Prospect engaged in unlawful, unethical, and

clandestine tactics by sending an e-mail containing a virus to Free3warren in order to ascertain his/her IP address. Free3warren only learned of this information in the course of filing a second motion to quash another subpoena dated June 6, 2008 issued out of the U.S. District Court for the Eastern District of New York and directed to his/her cable service provider, Cablevision , which – like the subpoena at issue in this matter – also sought Free3warren's identity. Unlike the California action, Prospect actually filed an opposition in the New York action. In this opposition, Prospect revealed that it had obtained Free3warren's identity by using a computer virus embedded in an e-mail message sent under pretext to Free3warren from an unknown user, "citykidd."

     Initially, Free3warren did not bring Prospect's New York subpoena to this Court's attention because Free3warren did not want to make a connection between his/her Yahoo! user name and the IP Address in New York that Prospect subpoenaed. This would only undermine Free3warren's desire to remain anonymous. However, Prospect has left Free3warren with no choice but to bring the New York matter to the Court's attention, as Prospect has now made the connection between Free3warren and his/her New York IP address using clandestine means. Accordingly, attached as Exhibits A through C of the *Supplemental Declaration of Aparna Rajagopal-Durbin*, filed herewith, are the papers associated with Free3warren's New York motion to quash, Prospect's opposition, and Free3warren's reply. If the Court intends to permit Cyril J. Dantchev to appear and argue at the July 25 hearing on behalf of Prospect, Free3warren urges the Court to review the New York papers, as Prospect's counsel no doubt will attempt make the same arguments at the July 25 hearing that Prospect made in its New York opposition.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1    For the foregoing reasons, Plaintiff respectfully requests that the Court accept for
2  filing the *Supplemental Brief in support Motion for Fees and Costs* and *Supplemental*
3  *Declaration of Aparna Rajagopal-Durbin*, with exhibits.

4  DATED:  July 15, 2008                    Respectfully Submitted,

5                                           DOWNEY BRAND LLP

7                                           By:      /s/ Aparna Rajagopal-Durbin
8                                                APARNA RAJAGOPAL-DURBIN
                                                         Attorney for
9                                                 ANONYMOUS POSTER a/k/a
                                                      "FREE3WARREN"

939524.1                          3

*EX PARTE* APPLICATION TO FILE SUPPLEMENTAL BRIEF I.S.O. MOTION FOR FEES & COSTS