DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
APARNA RAJAGOPAL-DURBIN (Bar No. 218519)
555 Capitol Mall, Tenth Floor
Sacramento, CA  95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
adurbin@downeybrand.com

Attorneys for Movant
ANONYMOUS POSTER ON YAHOO!, a/k/a
"FREE3WARREN"

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>ESA ENVIRONMENTAL SPECIALISTS, INC.,<br><br>   Debtor | Case No.  3:08-mc-80115<br><br>U.S. Bankruptcy Court (W.D.N.C.)<br>Case No. 07-31532<br><br>**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR FEES AND COSTS** |

    The Court, having considered Movant's *Ex Parte Application to File Supplemental Brief in support of Motion for Fees & Costs*, and finding good cause therefor, hereby grants Movant's request.  The Court hereby accepts for filing the *Supplemental Brief in support of Motion of Anonymous Poster a/k/a "Free3warren" for Fees & Costs* and the *Supplemental Declaration of Aparna Rajagopal-Durbin*, with exhibits, in support thereof.

IT IS SO ORDERED.


Dated:_____, 2008           _____
                                        UNITED STATES DISTRICT COURT JUDGE

1