1  CYRIL J. DANTCHEV (SBN 129585)
   Email: cyril.dantchev@bipc.com
2  BUCHANAN INGERSOLL & ROONEY LLP
3  707 Broadway, Suite 800
   San Diego, CA 92101
4  Telephone: (619) 239-8700
   Facsimile: (619) 702-3898
5

6  CHRISTOPHER P. SCHUELLER (*pro hac vice pending*)
   Email: christopher.schueller@bipc.com
7  BUCHANAN INGERSOLL & ROONEY PC
   One Oxford Centre
8  301 Grant Street, 20th Floor
   Pittsburgh, PA 15219-1410
9  Phone: (412) 562 8800

10 MAGDELINE D. COLEMAN (*pro hac vice*)
11 Email: magdeline.coleman@bipc.com
   BUCHANAN INGERSOLL & ROONEY PC
12 1835 Market Street, 14th Floor
   Philadelphia, PA 19103
13 Phone: (215) 665-8700

14 Attorneys for Respondent
15 PROSPECT CAPITAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: | Case No. 08-mc-80115-SI |
| ESA ENVIRONMENTAL SPECIALISTS, INC., | U.S. Bankruptcy Court (W.D.N.C.)<br>Case No. 07-31532 |
| Debtor. | **DECLARATION OF MAGDELINE D. COLEMAN, ESQUIRE IN SUPPORT OF PROSPECT CAPITAL CORPORATION'S MOTION TO EXTEND TIME TO RESPOND TO MOTION TO QUASH AND, IF NECESSARY, TO RESCHEDULE HEARING DATE** |
| | Judge: Hon. Susan Illston<br>Dept: Department 10, 19th Floor |
| | Date: July 25, 2008<br>Time: 9:00 a.m. |

DECL OF COLEMAN RE MOTION TO EXTEND                    CASE NO. 08-MC-80115-SI

1  I, MAGDELINE D. COLEMAN, declares under penalty of perjury as follows:

2  1. I am attorney licensed to practice in the Commonwealth of Pennsylvania and State of Delaware, and am a senior attorney at Buchanan Ingersoll & Rooney PC ("BIR"), attorneys for Respondent, Prospect Capital Corporation ("Prospect")

2. I make this Declaration in connection with Prospect's Motion to Extend Time to Respond to Motion to Quash ("Motion") and to Reschedule Hearing Date. I have personal knowledge of the facts stated herein, and if called to testify, I would and could testify competently to the matters stated herein.

3. On July 8, 2008, I telephoned Aparna Rajagopal Durbin, Esquire, counsel for Free3Warren, to discuss re-scheduling the hearing on the Motion which is currently scheduled for July 25, 2008 ("Hearing").

4. On July 8, 2008, Opposing Counsel returned the telephone call and we discussed Prospect's request that the Hearing be continued.

5. Opposing Counsel stated that she did not oppose continuing the Hearing, but she refused to extend the time for Prospect to file a response to the Motion ("Response").

6. I advised Opposing Counsel for Free3Warren that Prospect would file a motion for leave to extend the time to file its Response and inquired whether Free3Warren would consent to such a relief.

7. Opposing Counsel stated that she would not consent to such relief. Opposing Counsel further advised that she intended to file a reply in which she would request that the Motion be granted based upon Prospect's failure to file the Response.

Dated: July 17, 2008                    s/ Magdeline D. Coleman
                                        **MAGDELINE D. COLEMAN**

- 1 -

DECL OF COLEMAN RE MOTION TO EXTEND                    CASE NO. 08-MC-80115-SI