1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>ESA ENVIRONMENTAL SPECIALISTS, INC.,<br><br>　　　　　　　Debtor. | Case No. 08-mc-80115-SI<br><br>U.S. Bankruptcy Court (W.D.N.C.)<br>Case No. 07-31532<br><br>**[PROPOSED] ORDER GRANTING MOTION OF PROSPECT CAPITAL CORPORATION TO EXTEND TIME TO RESPOND TO MOTION TO QUASH**<br><br>Judge:　　　Hon. Susan Illston<br>Dept:　　　 Department 10, 19th Floor<br><br>Date:　　　 July 25, 2008<br>Time:　　　 9:00 a.m. |

1       The Court, having considered Prospect Capital Corporation's ("Prospect") Motion to Extend Time to Respond to Motion to Quash ("Motion"), and finding good cause therefor, hereby grants Prospect's request. The Court accepts for filing the Opposition (as defined in the Motion), with Exhibits. The hearing on the merits of the Motion shall be continued from July 25, 2008, to _____, 2008, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: _____, 2008

                                             HON. SUSAN ILLSTON
                                             UNITED STATES DISTRICT COURT JUDGE