CYRIL J. DANTCHEV (SBN 129585)
Email: cyril.dantchev@bipc.com
BUCHANAN INGERSOLL & ROONEY LLP
707 Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 239-8700
Facsimile: (619) 702-3898

CHRISTOPHER P. SCHUELLER (*pro hac vice pending*)
Email: christopher.schueller@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410
Phone: (412) 562 8800

MAGDELINE D. COLEMAN (*pro hac vice*)
Email: magdeline.coleman@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
1835 Market Street, 14th Floor
Philadelphia, PA 19103
Phone: (215) 665-8700

Attorneys for Respondent
PROSPECT CAPITAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>ESA ENVIRONMENTAL SPECIALISTS, INC.,<br><br>     Debtor. | Case No. 08-mc-80115-SI<br><br>U.S. Bankruptcy Court (W.D.N.C.)<br>Case No. 07-31532<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge:  Hon. Susan Illston<br>Dept:   Department 10, 19th Floor<br><br>Date:   July 25, 2008<br>Time:   9:00 a.m. |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 707 Broadway, Suite 800, San Diego, CA 92101. On July 17, 2008, I served the within documents:

1. **PROSPECT CAPITAL CORPORATION'S MEMORANDUM OF LAW IN OPPOSITION TO FREE3WARREN'S MOTION TO QUASH SUBPOENA AND FOR OTHER RELIEF**

2. **DECLARATION OF CHRISTOPHER P. SCHUELLER IN SUPPORT OF PROSPECT CAPITAL CORPORATION'S OPPOSITION TO FREE3WARREN'S MOTION TO QUASH SUBPOENA AND OTHER RELIEF**

The following are those who are currently on the list to receive e-mail notices for this case:

- Cyril J. Dantchev
  cyril.dantchev@bipc.com

- Christopher P. Schueller
  christopher.schueller@bipc.com

- Magdeline D. Coleman
  magdeline.coleman@bipc.com

- Aparna Rajagopal-Durbin
  adurbin@downeybrand.com

☒ **By electronic service.** I served the above named persons the above-listed document(s) electronically when I filed the above document(s) electronically with the **United States District Court for the Northern District of California**, on July 17, 2008:

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 17, 2008, at San Diego, California.

_____
ELENA LOPEZ

- 1 -

CERTIFICATE OF SERVICE                    CASE NO. 08-MC-80115-SI