```
 1  CHRISTOPHER P. SCHUELLER
    christopher.schueller@bipc.com
 2  BUCHANAN INGERSOLL & ROONEY PC
    One Oxford Centre
 3  301 Grant Street, 20th Floor
    Pittsburgh, PA 15219-1410
 4  Telephone:  (412) 562-8800
    Fax:        (412) 562-1041
 5
    Attorneys for Respondent
 6  Prospect Capital Corporation

 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>ESA ENVIRONMENTAL SPECIALISTS, INC.,<br><br>                   Debtor | Case No. 3:08-mc-80115<br><br>U.S. Bankruptcy Court (W.D N.C.)<br>Case No. 07-31532<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***<br><br>Judge: Hon. Susan Illston<br>Dept: |

---

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*    CASE NO 3:08-80115

1  Pursuant to Civil L.R. 11-3, Christopher P. Schueller, an active member in good standing of
2  the bars of the Commonwealth of Pennsylvania and State of New York, hereby applies for
3  admission to practice in the Northern District of California on a pro hac vice basis representing
4  Prospect Capital Corporation in the above-entitled action.
5  In support of this application, I certify on oath that:
6  1.  I am an active member in good standing of a United States Court or of the highest
7  court of another State or the District of Columbia, as indicated above;
8  2  I agree to abide by the Standards of Professional Conduct set forth in Civil Local
9  Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar
10 with the Local Rules and the Alternative Dispute Resolution programs of this Court; and
11 3.  An attorney who is a member of the bar of this Court in good standing and who
12 maintains an office within the State of California has been designated as co-counsel in the above-
13 entitled action  The name, address and telephone number of that attorney is:

Cyril J. Dantchev, Esq.
cyril.dantchev@bipc.com
BUCHANAN INGERSOLL & ROONEY LLP
707 Broadway, Suite 800
San Diego, CA 92101
(619) 239-8700

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/14/08

Christopher P. Schueller

- 2 -
APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*        CASE NO 3:08-MC-80115

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE:

ESA ENVIRONMENTAL
SPECIALISTS, INC.,

         Debtor

Case No. 3:08-mc-80115

U.S. Bankruptcy Court (W.D.N.C.)
Case No. 07-31532

(Proposed)
**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE***

I, Christopher P. Schueller, an active member in good standing of the bars of the Commonwealth of Pennsylvania and State of New York, who business address and telephone number is Buchanan Ingersoll & Rooney PC, One Oxford Centre, 301 Grant Street, 20th Floor, Pittsburgh, PA 15219-1410, (412) 562-8800, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Prospect Capital Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: _____

                                      Hon. Susan Illston
                                      United States Magistrate Judge

#2090092-v1