UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION



IN RE:

ESA ENVIRONMENTAL SPECIALISTS, INC.,

Debtor

Case No. 3:08-mc-80115

U.S. Bankruptcy Court (W.D.N.C.)
Case No. 07-31532

(Proposed)
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

I, Christopher P. Schueller, an active member in good standing of the bars of the Commonwealth of Pennsylvania and State of New York, who business address and telephone number is Buchanan Ingersoll & Rooney PC, One Oxford Centre, 301 Grant Street, 20th Floor, Pittsburgh, PA 15219-1410, (412) 562-8800, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Prospect Capital Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 7/21/08

Hon. Susan Illston
United States Magistrate Judge

#2090092-v1