DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
APARNA RAJAGOPAL-DURBIN (Bar No. 218519)
555 Capitol Mall, Tenth Floor
Sacramento, CA 95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
adurbin@downeybrand.com

Attorneys for Movant
ANONYMOUS POSTER ON YAHOO!, a/k/a
"FREE3WARREN"

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>ESA ENVIRONMENTAL SPECIALISTS, INC.,<br><br>    Debtor | Case No. 3:08-mc-80115<br><br>U.S. Bankruptcy Court (W.D.N.C.)<br>Case No. 07-31532<br><br>**MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF COURT'S JULY 23, 2008 ORDER DENYING MOTION FOR FEES & COSTS** |

Pursuant to Civil Local Rule 7-9, Movant ANONYMOUS POSTER ON YAHOO! a/k/a "FREE3WARREN" (hereinafter "Free3warren") hereby respectfully requests that the Court grant him/her leave to file his/her *Motion for Reconsideration of Court's July 23, 2008 Order Denying Motion for Fees & Costs* on the grounds that the Court "fail[ed] to consider material facts or dispositive legal arguments which were presented to the Court before such interlocutory order" as defined by Local Rule 7-9(b)(3). Specifically, the Court acknowledged in its July 23, 2008 order denying Free3warren's motion for fees and costs that its ruling was "not based on an evaluation of the merits of the motion." (*See* 7/23/08 Order).

/ / /

/ / /

1        For the foregoing reasons, Plaintiff respectfully requests that the Court grant Free3warren leave to file his/her *Motion for Reconsideration of Court's July 23, 2008 Order Denying Motion for Fees & Costs*.

DATED: July 25, 2008        Respectfully Submitted,

                                       DOWNEY BRAND LLP

                                       By:      /s/ Aparna Rajagopal-Durbin
                                                         APARNA RAJAGOPAL-DURBIN
                                                                  Attorney for
                                                     ANONYMOUS POSTER a/k/a
                                                            "FREE3WARREN"