1  DOWNEY BRAND LLP
   WILLIAM R. WARNE (Bar No. 141280)
2  APARNA RAJAGOPAL-DURBIN (Bar No. 218519)
   555 Capitol Mall, Tenth Floor
3  Sacramento, CA  95814-4686
   Telephone: (916) 444-1000
4  Facsimile: (916) 444-2100
   adurbin@downeybrand.com
5
   Attorneys for Movant
6  ANONYMOUS POSTER ON YAHOO!, a/k/a
   "FREE3WARREN"
7

8

9              UNITED STATES DISTRICT COURT

10       FOR THE NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12

13 |                          | Case No.  3:08-mc-80115

14 |                          | U.S. Bankruptcy Court (W.D.N.C.)
   |                          | Case No. 07-31532

15 | IN RE:                   | [PROPOSED] ORDER GRANTING
   |                          | MOTION FOR LEAVE TO FILE MOTION
16 | ESA ENVIRONMENTAL        | FOR RECONSIDERATION OF COURT'S
   | SPECIALISTS, INC.,       | JULY 23, 2008 ORDER DENYING MOTION
17 |                          | FOR FEES & COSTS
   |        Debtor            |
18

19        The Court, having considered Movant's *Motion for Leave to File Motion for*

20 *Reconsideration of Court's July 23, 2008 Order Denying Motion for Fees &Costs*, and finding

21 good cause therefor, hereby grants Movant's request.  The Court hereby grants Movant leave to

22 file his/her *Motion for Reconsideration of Court's July 23, 2008 Order Denying Motion for Fees*

23 *& Costs*.

24 IT IS SO ORDERED.

25

26 Dated:_____, 2008

27 _____

   UNITED STATES DISTRICT COURT JUDGE

28

942193.1                        1

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION