IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | No. C 08-80115 MISC (SI) |
| ESA ENVIRONMENTAL SPECIALISTS, INC., | **ORDER DENYING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |
| Debtor. | |
| _____ / | |

Movant Anonymous Poster on Yahoo! a/k/a "FREE3WARREN" has filed a motion for leave to file a motion for reconsideration of the Court's July 23, 2008 Order Denying Motion for Fees and Costs. Movant asserts that reconsideration is warranted because the Court stated in its order that its ruling was "not based on an evaluation of the merits of the motion."

The Court granted movant's motion to quash the subpoena on the ground that the motion was unopposed, and thus the Court did not reach the merits of movant's legal arguments in support of the motion to quash. Because the Court did not evaluate the merits of the motion to quash, the Court found in its discretion that it was inappropriate to award fees and costs. Because movant has not identified any basis for reconsideration of the Court's July 23, 2008 order, the Court DENIES the motion for leave to file a motion for reconsideration. (Docket No. 31).

**IT IS SO ORDERED.**

Dated: August 12, 2008

SUSAN ILLSTON
United States District Judge